IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 18 C 4936 |
| LAURENS RESTORATION, INC., an Illinois corporation, | ) ) ) | JUDGE SHARON JOHNSON COLEMAN |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, LAURENS RESTORATION, INC., an Illinois corporation, in the total amount of $26,030.36, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,656.25.

On July 26, 2018, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his receptionist, Leah Schiffman) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 16, 2018. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Laurens Restoration\motion for entry of default and judgment.cms.df.wpd

## CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>4:00 p.m.</u>, this <u>5th</u> day of <u>September 2018</u>, she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                      Mr. Bruce M. Friedman
                      Harrison & Held, LLP
                      333 W. Wacker Drive, Suite 1700
                      Chicago, IL   60606-1247
                      bfriedman@harrisonheld.com


                                            /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Laurens Restoration\motion for entry of default and judgment.cms.df.wpd